UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

GRACIELA DONCOUSE,                      :

                   Plaintiff,         :

                                      :        26-CV-1880 (JMF)

      -v-                       :

                                      :         <u>ORDER</u>

GOTHAM ELITE INC. et al,            :

                                      :

                   Defendants.      :

                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **March 30, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 8-9.  To date, Defendants have failed to appear in this action.  No later than **April 29, 2026,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if she has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: April 22, 2026
      New York, New York                              JESSE M. FURMAN
                                          United States District Judge