UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                             :

GRACIELA DONCOUSE,                :

              :

        Plaintiff,      :

           :          26-CV-1880 (JMF)

   -v-               :

           :           <u>ORDER</u>

GOTHAM ELITE INC. et al.,      :

           :

        Defendants.   :

           :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 26, 2026 Order, ECF No. 21, Plaintiff was required to file a status letter "advising the Court of the results of Plaintiff's continued efforts to contact the non-appearing Defendant and whether Plaintiff intends to initiate default proceedings," **no later than June 25, 2026.**  To date, Plaintiff has not filed that status letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 2, 2026**.  Failure to file this letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       Plaintiff is ordered to serve a copy of this Order on 767 8th Avenue LLC and to file proof of service on ECF.

       SO ORDERED.

Dated:  June 29, 2026
       New York, New York                        JESSE M. FURMAN
                                    United States District Judge